**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1844**

OHENEBA (KWAME) GYAMFI,

            Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA, a/k/a Commissioner of Internal
Revenue,

            Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge. (8:09-cv-02501-PJM).

Submitted: January 18, 2011      Decided: January 25, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oheneba (Kwame) Gyamfi, Appellant Pro Se.  Christopher David
Belen, Jonathan S. Cohen, Christine Durney Mason, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oheneba "Kwame" Gyamfi appeals the district court's order construing his pleading as a complaint, amending the pleading and the caption, and dismissing the complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gyamfi v. United States, No. 8:09-cv-02501-PJM (D. Md. May 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2